UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br> HISTORIC TUGBOAT EDUCATION AND RESTORATION SOCIETY, et al.,<br><br>  Defendants. | Case No. 12-cv-04332-JST<br><br>**MINUTE ORDER RESPONDING TO PLAINTIFF'S MOTION FOR A CONTINUANCE**<br><br>Re: Dkt. No. 4. |

Before the Court is Plaintiff United States' Motion for Ninety Day Continuance and Stay Pending Negotiations, which was filed on December 21, 2012, before this case was reassigned. (Dkt. No. 4.)

The Reassignment Order requires the parties to familiarize themselves with the Court's standing orders and to file case management statements, either jointly or separately, within 15 days of the Reassignment Order. (Dkt. No. 10.) In their statement or statements, the parties are ordered to address any deadlines in place before reassignment, and describe any requested modifications of those dates. The parties are also directed to address the status of their negotiations, and to inform the Court if any party is unrepresented by counsel. The Court will be in a better position to evaluate the merits of the Plaintiff's motion after the receipt of this information.

**IT IS SO ORDERED**.

Dated: February 20, 2013

_____
Jon S. Tigar
United States District Judge