STUART F. DELERY
Assistant Attorney General
MELINDA L. HAAG
United States Attorney
R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
R. SCOTT BLAZE
Senior Admiralty Counsel
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 36028
450 Golden Gate Avenue, Room 7-5395
San Francisco, California 941023463
Telephone: (415) 436-6635
Facsimile: (415) 436-6632
E-mail: scott.blaze@usdoj.gov

Attorneys for Plaintiff
United States of America

**FILED**

SEP 2 3 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:12-CV-04332-JST |
| Plaintiff, | |
| vs. | |
| HISTORIC TUGBOAT EDUCATION AND RESTORATION SOCIETY and MELISSA PARKER, *in personam*, | ~~(PROPOSED)~~ AMENDED ORDER |
| Defendants. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:12-CV-04332-JST |
| Plaintiff, | |
| vs. | |
| HISTORIC TUGBOAT EDUCATION AND RESTORATION SOCIETY and MELISSA PARKER, *in personam*, | AMENDED ORDER |
| Defendants. | |

Upon consideration of defendant Melissa Parker's motion to set aside entry of default, papers in support thereof and in response thereto, and recognizing that

1.  Counsel of record for Melissa Parker represents only defendant Melissa Parker in this matter.

2.  Counsel of record for Melissa Parker does not represent co-defendant Historic Tugboat Education and Restoration Society in this matter.

ORDER                                1                         Case No.: 3-12-cv-04332-JST

3.    The subject motion and accordingly this order relates only to the entry of default against Melissa Parker, and not to the entry of default entered against co-defendant Historic Tugboat Education and restoration Society.

4.    The United States non-opposition to setting aside the entry of default against Melissa Parker does not apply to or affect the existing entry of default and motion for entry of default judgment against co-defendant Historic Tugboat Education and Restoration Society. And

5.    Defendant Melissa Parker will file a responsive pleading in this matter within twenty-one (21) days from the date entry of default against defendant Melissa Parker is set aside.

Based on the agreed understandings between counsel of record set out above,

IT IS ORDERED, that the motion is granted and the default entered on July 22, 2013 is vacated and set aside as to defendant Melissa Parker, *in personam*. Defendant, Melissa Parker, shall file a pleading responsive to the complaint herein within 21 days of the date of this order.

Executed on _____9/19_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED:

Dated: September  18 , 2013          STUART F. DELERY
                                     Assistant Attorney General
                                     MELINDA L. HAAG
                                     United States Attorney
                                     R. MICHAEL UNDERHILL
                                     Attorney in Charge, West Coast Office
                                     Torts Branch, Civil Division

                                     s/R. Scott Blaze
                                     _____
                                     R. SCOTT BLAZE
                                     Senior Admiralty Counsel
                                     Torts Branch, Civil Division
                                     U.S. Department of Justice

                                     Attorneys for Plaintiff
                                     United States of America


Dated: September 18, 2013            Law Office of John J. Hughes

                                     s/John J. Hughes
                                     _____
                                     JOHN J. HUGHES, Cal. State Bar #96481

                                     Attorney for Defendant
                                     Melissa Parker


CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons required to sign the document.

                                     s/R. Scott Blaze
                                     _____
                                     R. SCOTT BLAZE