UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HISTORIC TUGBOAT EDUCATION AND RESTORATION SOCIETY, et al.,<br><br>    Defendants. | Case No. 12-cv-04332-JST<br><br>**ORDER STAYING PROCEEDINGS AND SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

The Court hereby STAYS proceedings in this case until 180 days from the date of this Order. Notwithstanding the stay:

1. Any party seeking discovery may file either a stipulation between the parties agreeing to such discovery, or a else a joint letter brief setting forth the discovery sought and the parties' competing proposals. Any such submission shall include a proposed order granting the relief requested (or two proposed orders, in the case of competing proposals).

2. The Court may act on the United States' pending motion for default judgment against Defendant Historic Tugboat Education and Restoration Society ("HTERS"), but only after the United States submits a memorandum of points and authorities addressing the question of whether HTERS' is entitled to any offset in the event the United States reaches a settlement with the Treasure Island Development Authority, and the effect of that offset if any on the proposed default judgment.

The Court hereby SETS a further case management conference in this case for March 19,

/ / /

/ / /

/ / /

/ / /

2013 at 2:00 P.M, at 450 Golden Gate Avenue, Courtroom 9, 19th Floor, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 24, 2013



_____
JON S. TIGAR
United States District Judge