UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HISTORIC TUGBOAT EDUCATION AND RESTORATION SOCIETY, et al.,<br><br>  Defendants. | Case No.  12-cv-04332-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 37 |

Plaintiff the United States of America and Defendant Melissa Parker have submitted a proposed order to the court, requesting that the court order dismissal of this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. ECF No. 37. But as the proposed order notes, dismissal is pursuant to the "consents of the respective counsel for all parties who have appeared in this action." ECF No. 37. Therefore, dismissal is effective without court order pursuant to Rule 41(a)(1)(A)(ii).

The United States also "request[s] that the Court dismiss the case as to" Defendant Historic Tugboat Education & Restoration Society ("HTERS"), an entity that has not appeared in this action. ECF No. 38. Dismissal of HTERS is effective without court order pursuant to Rule 41(a)(1)(A)(i).

The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: June 4, 2014

_____
JON S. TIGAR
United States District Judge